AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Cara Nicole Newell and Darryl Andrew Jackson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   2:15mj6 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 12 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 11, 2015** in the county of **Covington** in the **Southern** District of **MS, Eastern Division**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, 50 grams or more of methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Lowe, DEA Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/12/2015

_____
*Judge's signature*

City and state:  Hattiesburg, MS          Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, Chris Lowe, being first duly sworn, state as follows:

## **Introduction**

I am a Task Force Officer (TFO) with the United States Department of Justice, Drug Enforcement Administration (DEA). I have been a Task Force Officer with the DEA since February 2014. I have been employed by the Lamar County Sheriff's Office since 1997. I am currently assigned to the Forrest County M.I.T. located in Hattiesburg, MS. During the course of my employment, I have participated in numerous investigations of illegal narcotics trafficking and violations of Title 21 United States Code.

## **Probable Cause Factual Basis**

Your affiant states that on February 11, 2015, Mississippi Highway Patrol Trooper Eddie Jenkins conducted a traffic stop on a silver Volkswagen bearing Mississippi license plate REN 659 on Hwy. 589 in Covington County for a traffic violation.

Trooper Jenkins approached the driver, later identified as Cara Nicole NEWELL. Trooper Jenkins asked NEWELL for her license and noticed NEWELL was displaying extremely nervous behavior. Trooper Jenkins observed NEWELL visibly shaking and her corroded artery pulsating. Trooper Jenkins asked NEWELL to step out of her vehicle so that he could safely talk to her. As Trooper Jenkins started to ask NEWELL if she had anything illegal in the vehicle, NEWELL finished his sentence for him. NEWELL asked Trooper Jenkins if she could just give him what she had. NEWELL stated she had a small amount of methamphetamine in a brown pouch on the driver's seat. NEWELL recovered the pouch and gave it to Trooper Jenkins.

Trooper Jenkins contacted TFO Chris Lowe with the Forrest County M.I.T. Lowe arrived on scene and read NEWELL her Miranda Warning. NEWELL agreed to speak with Lowe without the presence of an attorney. Lowe asked NEWELL if there was any more methamphetamine in the vehicle. NEWELL stated there was more methamphetamine in a blue bag on the front passenger's side floorboard. Lowe recovered the blue bag from inside the vehicle. Inside the bag was a substance Lowe believed to be methamphetamine. The substance was field tested and gave a positive response for Methamphetamine weighing approximately 456 grams.

NEWELL stated she gets the methamphetamine from DJ, later identified as Darryl Andrew JACKSON. NEWELL stated JACKSON lives in California, but flies to Mississippi to distribute methamphetamine. NEWELL stated JACKSON will have the methamphetamine shipped from California to Mississippi. Once JACKSON arrives in Mississippi, he and NEWELL will pick the methamphetamine up and distribute it. NEWELL stated she and JACKSON picked up two pounds of methamphetamine last week. NEWELL stated JACKSON was staying with her at her residence in Perry County,

Mississippi. NEWELL stated there was another pound of methamphetamine at her residence with JACKSON.

NEWELL was transported to the Forrest County Sheriff's Office where she was processed according to DEA policy pending an Initial Appearance in Federal Court.

Agents obtained a search warrant for NEWELL's residence at ███████████████, Richton, MS. As agents were approaching the residence, Nicholas Marion NEWELL was observed leaving the residence. Agents stopped Newell and asked for consent to search his vehicle and his person. Nicholas NEWELL was found to have a gram of methamphetamine on his person.

JACKSON was present at the residence. After securing the residence, agents found several scales with JACKSON's belongings along with paraphernalia. Agents also found a large sum of U.S. Currency with JACKSON's belongings.

JACKSON was arrested for Conspiracy to Possess Methamphetamine with Intent to Distribute and transported to Forrest County Jail, where he was processed according to DEA policy pending an initial appearance in Federal Court.

## CONCLUSION

Based upon my experience as a DEA Task Force Officer and the facts listed above involving Cara Nicole NEWELL and Darryl Andrew JACKSON, it is my opinion that there is probable cause to believe that Cara Nicole NEWELL and Darryl Andrew JACKSON committed violations of Title 21 U.S.C. 846, conspiracy to possess with intent to distribute a controlled substance, to wit, more than 50 grams of methamphetamine in the Southern District of Mississippi.

_____
Chris Lowe
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to me this ___12___ day of ___February___, 2015.

_____
UNITED STATES MAGISTRATE JUDGE